**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                    Case No. 8:06-cr-41-T-27MAP

**LEKENTA KENYON PORTER,**

    **Defendant.**
_____/

## O R D E R

THIS CAUSE is before the court on **Defendant's Motion for Pretrial Release** (Doc. 13) and government's response in opposition (Doc. 14). By this motion, the court is requested to reconsider its prior order of detention and permit the Defendant release on conditions. Upon consideration, the motion is **DENIED**. While the Defendant has substantial ties to the Middle District of Florida and likely can overcome the statutory presumption that he is a risk of flight by the posting of his mother's property as security for his future appearance, the court is unsatisfied that there are any conditions of release which will overcome the statutory presumption that he is a danger to the community of continued criminal activity should he be released. By the allegations in the Indictment, the Defendant was actively involved in the distribution of crack cocaine. He has a significant criminal history including two prior drug related offenses. Given the weight of the crack cocaine alleged by the government to be involved in this Indictment, the Defendant is facing a substantial mandatory term of incarceration should he be convicted in this cause. In these circumstances, the Defendant is appropriately detained pending further proceedings in this cause.

**Done and Ordered** in Tampa, Florida, this 14th day of March 2006.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Kathy Peluso, Assistant United States Attorney
Alec Hall, Counsel for Defendant